**Opinion issued August 12, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00405-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ANDREW JACOB SCHROEDER, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 12-CCR-165209**

---

## MEMORANDUM OPINION

On July 25, 2014, appellant, the State of Texas (by and through its District Attorney for the 268th Judicial District, Fort Bend County) filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P.

42.2(a). Accordingly, we grant the motion and dismiss this appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).